IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENHANCED AFFORDABLE
DEVELOPMENT CO., *d/b/a*
AUSTELL VILLAGE APARTMENTS,

    Plaintiff,

v.

KENDRA GEORGE and All Other Occupants,

    Defendants.

CIVIL ACTION NO.
1:18-CV-710-AT

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation that this dispossessory action be remanded to the Magistrate Court of Cobb County [Doc. 3]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **REMANDS** this

case to the Magistrate Court of Cobb County.[1]  There being no further issues before the Court, the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 22nd day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] As this case involves a pro se party, the Court provides further guidance.  An order remanding the case means that the case will continue to be heard, but in the court where it was originally filed – here, the Magistrate Court of Cobb County.  The case is simply being returned to the Magistrate Court of Cobb County for further proceedings.  Because the case is not being dismissed, there is no right to appeal this order.  Any future motions should be filed with the Magistrate Court of Cobb County.